320 Ga. 449
FINAL COPY

S23Y0437. IN THE MATTER OF WALTER DOUGLAS ADAMS.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Walter Douglas Adams (State Bar No. 004650) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter of Adams,* 317 Ga. 705 (895 SE2d 266) (2023), it is hereby ordered that Walter Douglas Adams be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*

Decided November 26, 2024.

Reinstatement.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, James S. Lewis, Alison L. Burgess, Assistant General Counsel State Bar*, for State Bar of Georgia.